UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL MOSEMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARTIN O'MALLEY, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | **JUDGMENT ON ATTORNEY FEES** <br> 4:21-CV-138-BO |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner of Social Security pay Plaintiff'S counsel, Charlotte W. Hall, the sum of $6,946.75, sent to her office at P.O. Box 58 129, Raleigh, North Carolina 27658, and that Plaintiffs counsel pay to Plaintiff the sum of $4,700.00 and upon the payment of such sums, this case is dismissed with prejudice.

**This judgment filed and entered on April 16, 2024, and served on:**
Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)
Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)

April 16, 2024

PETER A. MOORE, JR., CLERK

/s/ Peter A. Moore, Jr.